668     In re Northwest Central Pipeline Corporation Natural Gas
        Antitrust Litigation

85/10/15  1    MOTION, BRIEF, SCHEDULE, CERT. OF SVC. -- Defendants: Amoco
               Production Company, Northwest Central Pipeline Corporation,
               CSG Exploration Company, & Cities Service Company --
               SUGGESTED TRANSFEREE: NORTHERN DISTRICT OF OKLAHOMA,
               Suggested Transferee Judge: ? (paa)

85/10/21  2    AMENDMENT TO MOTION -- ADDING A-5 -- defts. Amoco Production
               Co., Northwest Central Pipeline Corp., CSG Exploration Co.
               and Cities Service Co. -- w/appendices A-c   (cds)

85/10/21  3    REQUEST FOR EXPEDITED HEARING (LETTER) -- Amoco Production
               Co., Northwest Central Pipeline Corp., CSG Exploration Co.
               and Cities Service Co. -- REQUEST DENIED   (cds)

85/10/28       APPEARANCES: DONALD D. BARRY, ESQ., for State of Kansas, et al.,
               A-1 & A-2; JEROME T. WOLF, ESQ., for Gas Service Co., et al.,
               A-4 and Kansas Gas & Electric Co., A-3;  FLOYD R. FINCH, Jr.,
               ESQ., for Missouri Public Service Co. (intervenor pltf A-4);
               ELIZABETH HEAD, ESQ., for Northwest Central Pipeline Corp. ;
               DAVID B. GARTEN, ESQ., for Amoco Production Company; DOUGLAS
               G. ROBINSON, ESQ., for CGS Exploration Company.  (paa)
85/10/28  4    REQUEST FOR EXTENSION OF TIME -- pltfs. Kansas Power and
               Light Co. and Kansas Gas and Electric Co. -- GRANTED TO ALL
               PARTIES TO AND INCLUDING NOVEMBER 11, 1985 (cds)

85/11/01       APPEARANCE:  DONALD C. RAMSAY, ESQ. for Farmland Industries, Inc.
               (rh)

85/11/12  5    RESPONSE -- Kansas Gas & Electric Co. -- w/cert. of svc. (rh)
85/11/12  6    RESPONSE -- Kansas Power & Light Co. -- w/cert. of svc. (rh)

85/11/13  7    RESPONSE -- (to pldg. #1) Missouri Public Service Co. --
               w/cert. of svc. (rh)
85/11/13  8    RESPONSE -- (to pldg. #1) State of Kansas and Farmland
               Industries, Inc. -- w/cert. of svc. (rh)

85/11/14       CORRECTED BRIEF -- (to pldg. #5) filed today subsituted for
               pldg #5 brief -- with letter (rh)

JPML FORM 1A                    Page 2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
                In re Northwest Central Pipeline Corporation Natural
DOCKET NO. 668  --  Gas Antitrust Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/11/15 | 9 | LETTER -- Plfts. Kansas Gas Electric Co. and Gas Service Co., et al. -- signed by Jerome T. Wolf (dated 11/14/85) to retransfer of A-4 to District of Kansas -- w/cert. of svc. (rh) |
| 85/12/05 |  | ORDER DENYING MOTION AS MOOT -- Notified involved counsel, misc. recipients, judges and clerks (rh) |

JPML Form 1

  ⊕

    Revised: 8/78

DOCKET NO. _668_ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Northwest Central Pipeline Corporation Natural  Gas Antitrust Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 12/5/85 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: _12/5/85_

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 668 -- In re Northwest Central Pipeline Corporation Natural Gas Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | State of Kansas, et al. v. Amoco Production Co., et al. | Kan. O'Connor | 85-2349-O | | | | |
| A-2 | State of Kansas, et al. v. Amoco Production Co., et al. | Kan. Saffels | 85-2364-S | | | | |
| A-3 | Kansas Gas & Electric Co., v. Amoco Production Co., et al. | Kan. Saffels | 85-2438-S | | | | |
| A-4 | Gas Service Co., et al., v. Amoco Production Co., et al. | ~~Okla.,N~~ ~~Brett~~ | ~~85-C-568-B~~ | | | | |
| A-5 | Farmland Industries, Inc. v. Amoco Production Co., et al. | Kan. ~~Brett~~ O Connor | 85-2511-O | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Northwest Central Pipeline Corporation Natural Gas

DOCKET NO. __668__ -- __Antitrust Litigation__

---

STATE OF KANSAS, ET AL, A-1 & A-2
Donald D. Barry, Esquire
5350 West 17th Street
P.O. Box 4816
Topeka, Kansas   66604

GAS SERVICE CO., ET AL., A-4
KANSAS GAS & ELECTRIC CO.,  A-3
Jerome T. Wolf, Esquire
Spencer, Fane, Britt & Browne
1000 Power & Light Building
106 West 14th Street
Kansas City, Missouri   64105

MISSOURI PUBLIC SERVICE CO. (intervenor
Floyd R. Finch, Jr., Esquire      pltf A-4)
Blackwell, Sanders, Matheny,
Weary & Lombardi
Five Crown Center, Suite 600
2480 Pershing Road
Kansas City, Missouri   64108

FARMLANDS INDUSTRIES, INC., A-5
Donald C. Ramsay, Esq.
Weeks, Thomas & Lysaught
Home State Bank Bldg.
Minnesoata Avenue, Fifth
P.O. Box 1028
Kansas City, Kansas   66117-0028

NORTHWEST CENTRAL PIPELINE CORP.
Elizabeth Head, Esquire
Hall, Estill, Hardwick, Gable,
Collingsworth & Nelson
4100 Bank of Oklahoma Tower
Tulsa, Oklahoma   74172

AMOCO PRODUCTION COMPANY
David B. Garten, Esquire
Kirkland & Ellis
200 East Randolph Drive
Suite 5800
Chicago, Illinois   60601

CSG EXPLORATION COMPANY
Douglas G. Robinson, Esquire
Skadden, Arps, Slate, Meagher & Flom
919 Eighteenth Street, N.W.
Washington, D.C.   20006

CITIES SERVICE COMPANY
   (SAME AS ABOVE)

JPML FORM 3

p. ___1___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 6̶6̶8 -- In re Northwest Central Pipeline Corporation Natural Gas
                   Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| AMOCO PRODUCTION COMPANY | A-1; A-2; A-3; A-4; A-5 |
| CSG EXPLORATION COMPANY | A-1; A-2; A-3; A-4; A-5, A-6 |
| NORTHWEST CENTRAL PIPELINE CORPORATION | A-1; A-2; A-3; A-4; A-5, A-6 |
| THE WAMSUTTER LIMITED PARTNERSHIP | A-1; A-2; A-3; A-4; A-5, A-6 |
| THE MOXA LIMITED PARTNERSHIP | A-1; A-2; A-3; A-4; A-5, A-6 |
| CITIES SERVICE COMPANY | A-1; A-2; A 5 |
| | |
| | |
| | |
| | |
| | |