JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DEC -5 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 668

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE NORTHWEST CENTRAL PIPELINE CORPORATION NATURAL GAS ANTITRUST LITIGATION

ORDER DENYING MOTION AS MOOT

Amoco Production Company, Northwest Central Pipeline Corporation, CSG Exploration Company, and Cities Service Company filed a motion on October 16, 1985, as amended on October 21, 1985, for transfer under 28 U.S.C. §1407 of four actions pending in the District of Kansas to the Northern District of Oklahoma for coordinated or consolidated pretrial proceedings with one action then pending there. Subsequently, on November 12, 1985, the Oklahoma action was transferred to the District of Kansas pursuant to 28 U.S.C. §1404.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the five actions listed on the attached Schedule A be, and the same hereby is, denied as moot.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-668 -- In re Northwest Central Pipeline Corporation Natural Gas Antitrust Litigation</u>

<u>District of Kansas</u>

<u>State of Kansas, et al. v. Amoco Production Co., et al.,</u>
C.A. No. 85-2349-0

<u>State of Kansas, et al. v. Amoco Production Co., et al.,</u>
C.A. No. 85-2364-S

<u>Kansas Gas & Electric Co., v. Amoco Production Co., et al.,</u>
C.A. No. 85-2438-S

<u>Farmland Industries, Inc. v. Amoco Production Co., et al.,</u>
C.A. No. 85-2511-0

<u>Gas Service Co., et al. v. Amoco Production Co., et al.,</u>
C.A. No.       (formerly N.D. Oklahoma, C.A. No. 85-C-568-B)